UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILDELFONSO BENITEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | No. 2:13-cv-2428-EFB P<br><br><br>ORDER |

Plaintiff is a federal prisoner proceeding without counsel in an action brought under 28 U.S.C. § 1346(b). He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

Plaintiff claims that venue is proper in this district because it is where his "medical conditions originated." ECF No. 1 at 2. Plaintiff is mistaken. Any civil action on a tort claim against the United States under 28 U.S.C. § 1346(b) may be prosecuted only in the judicial district where the plaintiff resides or where the act or omission complained of occurred. 28 U.S.C. § 1402(b). Here, plaintiff resides at the Oakdale Federal Detention Center, in Louisiana. The act or omissions complained of occurred in Honolulu, Hawaii. *See* ECF No. 1 at 3-5 (alleging that staff at the Honolulu Federal Detention Center caused plaintiff harm). Thus, venue appears to be proper in both Louisiana and Hawaii, but not in California.

/////

1

1  The court finds that the convenience of the parties and witnesses and the interests of
2 justice would be better served by transferring this action to the United States District Court for the
3 District of Hawaii, where the acts or omissions allegedly occurred and where the majority of the
4 evidence and witnesses are most likely located.
5  Accordingly, IT IS HEREBY ORDERED that this case is transferred to the United States
6 District Court for the District of Hawaii.  *See* 28 U.S.C. §§ 91, 1404(a).
7 Dated:  December 3, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE